# Unclaimed Funds

Entered 1/1/2001 to 4/25/2013

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| [10-14613 -fjb](#) 18325450 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 19101-7346 | 2,096.27 | 04/25/2013 |

**Grand Total: 2,096.27**